John H. Garvey, Respondent, v. Phœnix Preferred Accident Insurance Company of Detroit, Michigan, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Greenleaf S. Van Gorder, Respondent, v. Frederick D. Helmer, as Executor, etc., Appellant.— Motion to dismiss appeal granted, with costs of the appeal, including ten dollars costs of this motion. Held, that the costs and disbursements should be taxed by the clerk in the first instance.

Almyra B. Farwell, Respondent, v. Adelbert J. Schlager, Appellant.— Motion granted upon payment of ten dollars costs of this motion to the appellant, and record filed in this court ordered to be returned to the court below to enable the plaintiff-respondent to move at Special Term to correct and amend the report of the referee in said action.

Maggie A. Senglaup, Respondent, v. Acker Process Company, Appellant.— Motion denied, without costs, and the order of this court entered herein on the 27th day of September, 1907, amended *nunc pro tunc.*

John D. Gill, Appellant, v. Robert Dickson and Another, Respondents.— Motion denied, with ten dollars costs. Held, that other issues of fact having been raised by the answer, which are still undetermined, we are of the opinion that we should not now direct final judgment dismissing the complaint.

In the Matter of the Application of Frank Z. Wilcox for a Peremptory Writ of Mandamus, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of Albert A. Fenyvessy, Respondent, for the Removal of J. H. Rebstock Company, Appellant, from Certain Premises in the city of Buffalo.— Order affirmed, with costs. All concurred.

Collingwood Cole, Appellant, v. Emma Lester and Mary Rasbach, Respondents, Impleaded with Harry V. Rasbach.— Interlocutory judgment affirmed, with costs. All concurred.

In the Matter of the Will of Mary E. Luce, Deceased. Mary A. Tupper and Edward R. Luce, Appellants; Minnie E. Luce, Respondent.—Decree of Surrogate's Court affirmed, with costs of this appeal payable by appellants. All concurred.

Amos C. Holcomb, Appellant, v. Blanche E. Holcomb, Individually and as Administratrix, etc., of Ray B. Holcomb, Deceased, Respondent.— Judgment affirmed, with costs. All concurred.

Lacey B. Darling, Respondent, v. Franz Forderkronz, Appellant.— Judgment affirmed, with costs. All concurred.

James W. Burroughs, Respondent, v. Riley W. Albring, Appellant.— Judgment affirmed, with costs. All concurred.

Aaron Clough, Appellant, v. Walter Fox and Alonzo Fox, Respondents.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

George P. Gardner, Respondent, v. Lackawanna Steel Company, Appellant.— Judgment affirmed, with costs. All concurred.